USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IN RE ELETSON HOLDINGS INC.

---------------------------------------------------------------------X

26-cv-7343 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has been made aware via a phone call to Chambers from counsel for Appellees that the filing of the Appellants' brief at Dkt. No. 15 indicates, presumably by Appellants' mistake, that the deadline for the Appellees' brief is earlier than that set by the Court at Dkt. No. 11. This Order clarifies for the parties' benefit that the deadlines reflected in the Stipulation and Order Extending Briefing Schedule, Dkt. No. 11, remain operative and govern the applicable briefing schedule.

SO ORDERED.

Dated: November 18, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge